IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| BILLY D. "RUSTY" RHOADES III, an individual; MEGAN L. SIMPSON, an individual; and MICHAEL S. HARRELL, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF OKLAHOMA ex rel GOVERNOR KEVIN STITT;<br>THE STATE OF OKLAHOMA ex rel THE OKLAHOMA DEPARTMENT OF PUBLIC SAFETY;<br>KEVIN STITT, an individual;<br>CHIP KEATING, an individual;<br>JASON NELSON, an individual; and<br>JOE CLARO, an individual,<br><br>Defendants. | Case No.:<br><br>ATTORNEY LIEN CLAIMED<br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

To the Clerk of the District Court:

Please enter my appearance on behalf of the above-named Petitioner. I certify that I am in good standing and licensed to practice before this Court.

Respectfully submitted,

Dustin J. Hopson, OBA #19485
Hopson Legal LLC
512 NW 12th Street
Oklahoma City, OK 73103
Telephone: (405) 232-6357
Email: dustin@hopsonlawfirm.com