IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
N.W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA

STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL

**TUESDAY MAY 4, 2021**

**NOTICE TO ALL COUNSEL**:  The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no **later TUESDAY APRIL 27, 2021.**

**NOTICE TO ALL COUNSEL**: The Status/Scheduling Conference will be conducted via conference call. To participate in the conference call, dial **888-684-8852**.  When prompted, enter the access code **1763316**.

9:00 a.m.
CIV-20-761-R                     Billy D. Rhoades, et al.,                              Dustin Hopson

                                 Vs.

                                 Kevin Stitt, Governor, The State
                                 of Oklahoma *ex rel.*, et al.,                        Jeffrey Cartmell
                                                                                        Mark Burget
                                                                                        Michael Duncan
                                                                                        Jacob Crawford
                                                                                        Ronald Shinn
                                                                                        William Turner

9:15 a.m.
CIV-20-954-R                     CRST Expedited, Inc.                                   Sharon Weaver
                                                                                        Thomas Askew

                                 Vs.

                                 Scott Thurmond, et al.,                                Christopher Brinkley
                                                                                        Sabre Weathers

9:30 a.m.
CIV-20-1080-R

Ronda Derendinger, et al.,

Sepncer Housley

Vs.

Oklahoma City VA Health
Care System

Rebecca Frazier

9:45 a.m.
CIV-21-172-R

Almont Energy LLC, et al.,

Angela Ganote
Justin Heirsche

Vs.

Ovintiv Mid-Continent Inc.

Jennifer Puckett
Laura Long
Timothy Bomhoff

10:00 a.m.
CIV-21-263-R

Roy Thompson

Peter Ram

Vs.

Wal-Mart Stores Case L.P., et al.,

Jeffrey Scott
Michael Brewer