# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) BILLY D. "RUSTY" RHOADES III,** an individual **(2) MEGAN L. SIMPSON, an individual;** and **(3) MICHAEL S. HARREL, an individual,**<br><br>    **Plaintiffs,**<br>**v.**<br><br>**(1) THE STATE OF OKLAHOMA,** *ex rel.* **GOVERNOR KEVIN STITT;** **(2) THE STATE OF OKLAHOMA,** *ex rel.* **THE DEPARTMENT OF PUBLIC SAFETY;** **(3) KEVIN STITT, an individual;** **(4) CHIP KEATING, an individual;** **(5) JASON NELSON, an individual; and** **(6) JOE CLARO, an individual,**<br><br>    **Defendants.** | **Case No.: CIV-20-761-R** |

## PLAINTIFFS' WITNESS LIST

COMES NOW Plaintiffs, Billy D. "Rusty" Rhoades, III, Megan L. Simpson, and Michael S. Harrell, and, in accordance with the Court's Scheduling Order, hereby submit their list of exhibits as follows:

| NO. | Exhibit | Objection |
|---|---|---|
| 1. | Tipton Notice of Suspension letter dated June 18, 2019 | |
| 2. | 2021 Executive Budget for the State of Oklahoma (select excerpts) | |
| 3. | State of Oklahoma Executive Budget for FY 2021 (839 pages) | |
| 4. | Email from Chip Keating to multiple recipients, dated August 17, 2019 re: "and all active/current/pending investigations…" | |

| 5. | Email from Megan Simpson to Megan Simpson, dated September 2, 2019 and attached email from Chip Keating, dated August 17, 2019 | |
|---|---|---|
| 6. | Email from Stephanie Dodd to Megan Simpson, dated August 30, 2019 re: "time with Joe Claro." | |
| 7. | Emails between Stephanie Dodd and Megan Simpson, dated August 30, 2019 "Re: Joe Claro" | |
| 8. | Letter from Governor Kevin Stitt re: "Chief of the Highway Patrol Michael Harrell is unable to effectively lead the Department of Public Safety, dated 9/2/2019. | |
| 9. | Memo to Commissioner Rusty Rhoades from Megan L. Simpson, dated October 29, 2018 (4 pages) | |
| 10. | Text Messages between Chip Keating and Rusty Rhoades, dated May 23, 2019 through September 2, 2019 (4 pages) | |
| 11. | Notes of Jason Nelson "Taken during call Aug. 20, 2019" (Nelson 0294 - 0296) | |
| 12. | Memorandum re: "The top three employees in the Oklahoma Department of Public Safety were terminated today by Gov. J. Kevin Stitt," undated (Nelson 0297 – 0302) | |
| 13. | August and September 2019 calendars | |
| 14. | "DPS Mtg" notes of Jason Nelson (Nelson 0303 – 0339) | |
| 15. | Jason Nelson Notes (Nelson 0340 – 0366) | |
| 16. | Letter from Rob Mikell to Megan Simpson, dated May 10, 2019 (Nelson 0403) | |
| 17. | Letter from Robert Mikell to Megan Simpson, undated (Nelson 0404) | |
| 18. | Notes dated 5/21/2019 (Nelson 0406) | |
| 19. | Email from Jason Nelson to Rusty Rhoades, dated August 22, 2019 and attached emails (Nelson 0418-0419) | |
| 20. | Notes identified as "Rusty's Notes", undated (Nelson 0426) | |
| 21. | Notes dated 07-29-19 (Nelson 0427) | |
| 22. | Email from Chip Keating to Kathy Mires, dated October 8, 2019 and associated email chain (Nelson 0463-0466) | |
| 23. | Email from Chip Keating to Kathy Mires, dated October 8, 2019 and associated email chain (Nelson 0474-0476) | |

| 24. | Email from Chip Keating to Kathy Mires, dated October 8, 2019 and associated email chain (Nelson 0480-0481) | |
|-----|---|---|
| 25. | Email from Chip Keating to Kathy Mires, dated October 8, 2019 and associated email chain (Nelson 0482) | |
| 26. | Email from Chip Keating to Kathy Mires, dated October 8, 2019 and associated email chain (Nelson 0517-0518) | |
| 27. | Email from Chip Keating to Kathy Mires, dated October 8, 2019 and associated email chain (Nelson 0600-0601) | |
| 28. | Text messages between Jason Nelson and Megan Simpson (Nelson 0640-0641) | |
| 29. | Text messages between Jason Nelson and Mike Harrell (Nelson 0643) | |
| 30. | Notes dated 8/17/19 (Nelson 0678) | |
| 31. | Draft Statement from John Scully, undated (Nelson 0679) | |
| 32. | List of questions proposed for John Scully (Nelson 0680) | |
| 33. | List of "My Goals," undated (Nelson 0686) | |
| 34. | Notes from Jason Nelson (Nelson 0687-0691) | |
| 35. | Emails between Rusty Rhoades and Jason Nelson (Nelson 0692) | |
| 36. | Oklahoma State Trooper Article titled "Two New Faces in OHP Leadership (Nelson 0729) | |
| 37. | Statement of J. Kevin Stitt re: Megan Simpson, dated 9/2/19 (Nelson 0761) | |
| 38. | Statement of J. Kevin Stitt re: Rusty Rhoades, dated 9/2/19 (Nelson 0762) | |
| 39. | Statement of J. Kevin Stitt re: Michael Harrell, dated 9/12/19 (Nelson 0763) | |
| 40. | Memorandum of J. Kevin Stitt re: delegation of authority to Jason Nelson, dated September 2, 2019 (Nelson 0764) | |
| 41. | DPS Call Script of Jason Nelson (Nelson 0765) | |
| 42. | Checklist for Monday, Sept. 2 (Nelson 0767) | |
| 43. | Checklist of Jason Nelson (Nelson 0768) | |
| 44. | Checklist of Jason Nelson (Nelson 0771) | |
| 45. | Text messages from "Chip," various dates (Nelson 0785 – 0791) | |

3

| 46. | Text message group conversation between Nelson, Keating, Harder, Budd and Junk, dated September 2, 2019 (Nelson 0792 – 0801) | |
|---|---|---|
| 47. | Text messages between Jason Nelson and "Matt," dated Sep. 2 (Nelson 0802-0803) | |
| 48. | Text messages between Rusty Rhoades and Jason Nelson, dated Jul 11 (Nelson 0218) | |
| 49. | Email from Chip Keating to Kathy Mires re: Keep it Up, and associated emails dated October 8, 2019 (Nelson 0534-535) | |
| 50. | Email from Chip Keating to Kathy Mires, dated October 8, 2019 and associated email chain (Nelson 0593-0596) | |
| 51. | Email from Chip Keating to unknown, dated August 17, 2019 (DFTS_002298) | |
| 52. | Email from Kevin Stitt to various, dated Aug 21, 2019 (DFTS_000036) | |
| 53. | Email from Rusty Rhoads to Chip Keating and Jason Nelson, dated August 22, 2019 (Nelson 0699-0701) | |
| 54. | Email to Rusty Rhoads from unknown, dated August 27, 2019 (DFTS_000042) | |
| 55. | Email from Jason Nelson to Zachary Parker re: REAL ID Meeting, dated August 28, 2019 (DFTS_002244-002245) | |
| 56. | Email from Chip Keating to Kathy Mires, and associated email chain, dated October 8, 2019 (Nelson 0602-0603) | |
| 57. | Email from Chip Keating to kathy@keatinginv.com and associated email chain (DFTS_000005) | |
| 58. | Email from Chip Keating to Donelle Harder, Michael Junk, John Budd, and Jason Nelson, dated October 5, 2019, and associated email chain (DFTS_000099) | |
| 59. | Email from Chip Keating to kathy@keatinginv.com, dated October 8, 2019, and associated email chain (DFTS_000006) | |
| 60. | Text Messages "To: Chip Keating" (Nelson 0804) | |
| 61. | Text Messages between Chip Keating and Donelle Harder, dated Aug 30, and all associated text messages (Nelson 0209-0214) | |
| 62. | Group Text Messages dated Sep 2 (Nelson 0220-0229) | |
| 63. | "Wed Sept. 4, 2019 Notes" (DFTS_002301) | |

| 64. | Email from Chip Keating to Kim Carter and others, dated Oct 3, 2019 (DFTS_001741-001742) | |
|---|---|---|
| 65. | "JOINT TSA PRESS CONFERENCE, WED. NOV. 6" brief. (DFTS_001516) | |
| 66. | OK REAL ID Program Dashboard, dated 10-18-2019 (DFTS_001486) | |
| 67. | Email from Michael Junk to Donelle Harder and others, dated Oct 9, 2019 and associated emails (DFTS_002079-002081) | |
| 68. | Email from Chip Keating to John Budd, and associated emails, dated Oct 17, 2019 (DFTS_001767) | |
| 69. | Email from Chip Keating to John Scully and Patrick Mays, and associated emails, dated Oct 17, 2019 (DFTS_001766) | |
| 70. | Email from Chip Keating to Michael Lee and others, dated Oct 17, 2019 (DFTS_001762-1765) | |
| 71. | Email from Kyra Oles to Jason Nelson and others, dated Oct 18, 2019 (DFTS_002085) | |
| 72. | Email from John Scully to Chip Keating, dated Oct 21, 2019 and associated emails (DFTS_001484-1485) | |
| 73. | Letter from John Scully to Chip Keating, dated December 18, 2019 (DFTS_001143) | |
| 74. | Email from John Scully to Chip Keating, dated Dec 19, 2019 (DFTS_001142) | |
| 75. | Email from Chip Keating to John Scully, dated Jan 30, 2020, and associated emails (DFTS_000407-00409) | |
| 76. | Text messages between "Tim" and "Chip," dated Jan 19, 2019 (Keating 0001) | |
| 77. | Text messages between "Rusty" and Chip Keating (Keating 0002-0018) | |
| 78. | Email from Chip Keating to Rhoades, Harrell, and Simpson, dated Aug 17, 2019 (DFTA_000034) | |
| 79. | Resume of John Scully (Nelson 0681) | |
| 80. | Statement re: John Scully (Nelson 0685) | |
| 81. | Text message to Mike Harrell (Nelson 0693) | |
| 82. | Text messages to Megan Simpson (Nelson 0694-0695) | |
| 83. | Bar Disciplinary Proceedings involving Shad Withers, dated June 18, 2019 (Nelson 0709) | |
| 84. | DPS Call Script with Notes of Jason Nelson (Nelson 0769) | |

| 85. | Termination strategy memorandum (Nelson 0770) | |
| 86. | Text messages from "Matt," dated Sep 2 (Nelson 0230-231) | |
| 87. | Text messages to Megan Simpson (Nelson 0232-233) | |
| 88. | Text messages to Michael Harrell (Nelson 0234) | |
| 89. | Email from Chip Keating to Megan Simpson, dated April 11, 2019 | |
| 90. | Email from Rusty Rhoades to Gerald Davidson, dated April 12, 2019, and associated emails (3 pages) | |
| 91. | Email from David Ostrowe to Megan Simpson and Rusty Rhoades, dated June 4, 2019, and associated email chain and attachments (4 pages) | |
| 92. | Meeting reminder for "Meet with Rusty Rhoades – Real ID" dated August 21, 2019 | |
| 93. | Email from Rusty Rhoades to Chip Keating re: Real ID, dated August 30, 2019, and associated email chain | |
| 94. | Email from Rusty Rhoades to Michael Junk and Chip Keating, dated July 23, 2019 and attached REAL ID Extension Request draft and REAL ID Checklists (14 pages) | |
| 95. | Email from Rusty Rhoades to Donelle Harder re: REAL ID Extension Letter and attached letter from Kevin Stitt and REAL ID Checklists (11 pages) | |
| 96. | Email from Megan Simpson to Michael Harrell, dated March 3, 2019 re: Stan Walker and Troy German (2 pages) | |
| 97. | Email from Michael Harrell to Billie Watkins re: Retirement Letter, dated June 28, 2019 and associated email chain (2 pages) | |
| 98. | Oklahoma DPS/Oklahoma Highway Patrol Major Case Record Investigative Report, Case Number 18-0631CI for investigative period 11/20/2018 – 2/04/2019 | |
| 99. | *Troy German v. Rhoades, et al.,* USWDC of Oklahoma Case No.: CIV-19-751-F Deposition Transcript of Testimony of David Prater | |
| 100. | *Troy German v. Rhoades, et al.,* USWDC of Oklahoma Case No.: CIV-19-751-F Deposition Transcript of Testimony of Chip Keating | |
| 101. | Job Search Summary of Billy D. "Rusty" Rhoades with supporting documentation | |
| 102. | 2018 W2 of Billy D. "Rusty" Rhoades | |

| 103. | 2019 Tax Return and supporting documents of Billy D. "Rusty" Rhoades | |
|------|----------------------------------------------------------------------|---|
| 104. | 2020 Tax Return of Billy D. "Rusty" Rhoades | |
| 105. | 2021 Tax Return and supporting documents of Billy D. "Rusty" Rhoades | |
| 106. | Documents relating to pre- and post-employment insurance costs for Billy D. "Rusty" Rhoades | |
| 107. | List of increased expenses for Billy D. "Rusty" Rhoades | |
| 108. | Resume of Billy D. "Rusty" Rhoades | |
| 109. | OLERS calculations for Billy D. "Rusty Rhoades" | |
| 110. | Demonstrative aid of actual damages for Bill D. "Rusty" Rhoades | |
| 111. | Job Search Summary of Mike Harrell with supporting documentation | |
| 112. | 2018 Tax Return of Mike Harrell | |
| 113. | 2019 Tax Return of Mike Harrell | |
| 114. | 2020 Tax Return of Mike Harrell | |
| 115. | 2021 Tax Return of Mike Harrell | |
| 116. | Resume of Mike Harrell | |
| 117. | OLERS calculations for Mike Harrell | |
| 118. | Job Search Summary of Megan L. Simpson with supporting documentation | |
| 119. | Demonstrative aid of actual damages for Mike Harrell | |
| 120. | 2018 Tax Return of Megan L. Simpson | |
| 121. | 2019 Tax Return of Megan L. Simpson | |
| 122. | 2020 Tax Return of Megan L. Simpson | |
| 123. | 2021 Tax Return of Megan L. Simpson | |
| 124. | OPERS Information for Megan L. Simpson | |
| 125. | Resume of Megan L. Simpson | |
| 126. | Demonstrative aid of actual damages for Megan L. Simpson | |
| 127. | OMES Reports | |
| 128. | Email from Melinda Brown to Mike Harrell, dated May 23, 2022 | |
| 129. | Email from Mary Krehbiel to Mike Harrell, dated May 3, 2022 | |
| 130. | Email from usastaffingoffice@opm.gov to Mike Harrel, dated April 13, 2022 | |
| 131. | Email from Choctaw Nation Human Resources, dated December 14, 2021 | |

| | | |
|---|---|---|
| 132. | Email from PROPAK Corporation to Michael Harrel, dated March 14, 2022 | |
| 133. | Email from Kim Roach to Michael Harrell, dated December 13, 2022 | |
| 134. | Email from Choctaw Nation Human Resources to Michael Harrell, dated November 18, 2021 | |
| 135. | Email from Cherokee Nation Businesses Recruiting Team to Michael Harrell, dated November 17, 2021 | |
| 136. | Email from Jenks Public Schools to Michael Harrell, dated October 18, 2021 | |
| 137. | Email from usastaffingoffice@opm.gov, dated September 13, 2021 | |
| 138. | ABF Freight Job Application Report for Michael Harrell, undated | |
| 139. | Email from Cherokee Nation Businesses Recruiting Team, dated August 24, 2021 | |
| 140. | Email from Lynelle Klein to Megan Simpson, dated April 25, 2020 | |
| 141. | Email from Megan Simpson to Stephanie Dodd, dated November 26, 2019 | |
| 142. | Email from Megan Simpson dated February 15, 2019 | |
| 143. | Email from Stephanie Dodd to Megan Simpson, dated September 13, 2019 | |
| 144. | Email from Stephanie Dodd to Megan Simpson, dated September 23, 2019 and associated email from Megan Simpson to Stephanie Dodd, dated September 23, 2019. | |
| 145. | Email from Patrick Mays to Megan Simpson, dated November 18, 2020 | |
| 146. | Memorandum from Commissioner Rusty Rhoades to Megan Simpson, dated October 29, 2018 | |
| 147. | Text messages from Chip Keating to Rusty Rhoades, dated May 23, 2019 and May 31, 2019 | |
| 148. | Group text message from Chip Keating to Mike Harrell and Rusty Rhoades, undated | |
| 149. | Text message from Jason Nelson to Rusty Rhoades, undated, "confirming choice to retire." | |
| 150. | OLERS statement to Billy D. Rhoades III, dated 4/30/2021 | |
| 151. | OLERS "Decision to Elect a Service Pension When Eligible for Back DROP" letter to Rusty Rhoades, dated October 23, 2019 | |

| 152. | Email and job description from Stephanie Pafume to Rusty Rhoades, dated April 27, 2021 | |
|------|---|---|
| 153. | Resume of Rusty Rhoades | |
| 154. | Email from Rusty Rhoades requesting State benefits calculation for Mike Harrell | |
| 155. | Emails between Rusty Rhoades, Michael Harrell, and Duane Michael, dated July 26-30, 2021 | |
| 156. | Email from Duane Michael to Mike Harrell, dated August 3, 2021 | |
| 157. | Email to Jason Bivens, dated September 26, 2019 re: OK Datamark Position | |
| 158. | Email from Rusty Rhoades to Jason Bivens, dated September 25, 2019 | |
| 159. | Email from Jason Bivens to Rusty Rhoades, dated September 25, 2019 | |
| 160. | Email from Billy Rhoades III to Duane Michael, dated July 26, 2021 | |
| 161. | Email from Braums to Rusty Rhoades, dated March 18, 2021 | |
| 162. | Monthly Benefit Allowances for Plan Year Jan 1-Dec 31, 2021 | |
| 163. | OLERS Calculation Worksheet/Estimate for Michael Harrell, dated 7/30/2021 | |
| 164. | Email from Duane Michael to Rusty Rhoades, dated August 3, 2021 | |
| 165. | Emails between Rusty Rhoades and Duane Michael, dated July 26 - 30, 2021 | |
| 166. | OLERS Calculation Worksheet/Estimate for Billy D. Rhoades III, dated 7/30/21 | |
| 167. | OMES Information Services Quarterly Report, FY 2019, Quarter 3 | |
| 168. | OMES Information Services Quarterly Report excerpts re: Real ID, FY 2019, Quarter 3 | |
| 169. | Email from Megan Simpson to Stephanie Dodd, dated November 26, 2019 | |
| 170. | Monthly Cumulative Plan Premiums for Current Employees for Plan Year Jan 1 – Dec 31, 2021 | |
| 171. | OLERS Calculation Worksheet/Estimate for Michael S. Harrell, dated 7/30/2021 | |
| 172. | Email from Cherokee Nation Businesses Recruiting Team to Mike Harrell, dated August 24, 2021 | |

| 173. | ArcBest Logo Job Application Descriptions for Michael Harrell, undated | |
|---|---|---|
| 174. | Email from USA Staffing Office/Bureau of Indian Affairs to Michael Harrell, dated September 13, 2021 | |
| 175. | Letter from U.S. Department of Justice to Michael Harrell, dated November 1, 2019 | |
| 176. | Email from Navistar to Michael Harrell, dated May 6, 2021 | |
| 177. | Contract Investigator Application for Michael Steven Harrell, undated | |
| 178. | Independent Contractor Agreement for Michael Steven Harrell, dated March 12, 2020 | |
| 179. | Email from Cristine Lovato to Michael Harrell, dated 11/17/20 | |
| 180. | Email from Cristine Lovato to Michael Harrell, dated 6/8/2021 | |
| 181. | Email from Michael Harrell to Cristine Lovato, dated 6/7/2021 | |
| 182. | Email from Michael Harrell to Cristine Lovato 11/17/2020 and associated email chain | |
| 183. | Email from Michael Harrell re: Clearance, dated 10/8/2020 | |
| 184. | Email from Michael Harrell re: Security Clearance, dated 11/13/2020 | |
| 185. | Email from Lynelle Klein to Megan Simpson, dated April 25, 2020 | |
| 186. | Email from Stephanie Dodd to Megan Simpson, dated November 26, 2019 | |
| 187. | Email from Stephanie Dodd to Megan Simpson re: Continuation of Health Coverage, dated September 13, 2019 | |
| 188. | Emails to/from Stephanie Dodd to Megan Simpson re: Annual leave payment, dated September 23, 2019 (2 pages) | |
| 189. | Email from Patrick Mays to Megan Simpson, dated November 18, 2020 re: inquiry from ADC on November 16 | |
| 190. | Letter to Pat Mays, from Megan Simpson, dated November 18, 2020 | |
| 191. | OLERS statement to Billy D. Rhoades, undated | |

| | | |
|---|---|---|
| 192. | State of Oklahoma Memo to Billy "Rusty" Rhoades III, dated October 23, 2019 re: "Decision to Elect a Service Pension When Eligible for Back DROP" | |
| 193. | Billy D. Rhoades Retirement/Termination OLERS estimate statement reflecting "Date? 11-30-19" | |
| 194. | Braum's Ice Cream Job Description for Security Director at Braum's Corporate Office and attached email from Stephanie Pafume to Rusty Rhoades, dated April 27, 2021 (3 pages) | |
| 195. | Resume of Rusty Rhoades, undated (4 pages) | |
| 196. | Emails between Duane Michael, Rusty Rhoades, and Mike Harrell, dated July 26-27, 2021 (5 pages) | |
| 197. | Email between Rusty Rhoades and Jason Bivens re: Accepted interview for OK Datamark position, dated September 25-26, 2019 (6 pages) | |
| 198. | Email from Billy Rhoades III to Duane Michael, dated July 26, 2021 | |
| 199. | Email from "Braums@icims" to Rusty Rhoades, dated March 18, 2021 | |
| 200. | Monthly Cumulative Plan Premiums for Current Employees Plan Year Jan 1-Dec. 31, 2021, identifying monthly benefit allowances | |
| 201. | OLERS calculation worksheet for Michael Harrell, dated 7/30/21 (6 pages) | |
| 202. | Email from Duane Michael to Billy Rhoades III, dated August 3, 2021 attaching Monthly Cumulative Plan Premiums, dated August 3, 2021 | |
| 203. | Emails to/from Billy Rhoades III, Duane Michael, and Mike Harrell, dated July 26-30, 2021 (3 pages) | |
| 204. | OLERS Calculation Worksheet for Billy D. Rhoades III, dated 7/30/21 (12 pages) | |
| 205. | OMES Information Services Quarterly Report, FY 2019, Quarter 3 (7 pages) | |
| 206. | Email from Megan Simpson to Stephanie Dodd, dated November 26, 2019 re: Moving Arrangements | |
| 207. | Email to/from Stephanie Dodd to Megan Simpson, dated August 30, 2019 (2 pages) | |
| 208. | Statement from Governor Kevin Stitt, dated 9/2/19 re: Michael Harrell | |
| 209. | Monthly Cumulative Plan Premiums for Current Employees, plan year Jan 1 – Dec. 31, 2021 for Michael Harrell | |

| 210. | OLERS Calculation Worksheet for Michael S. Harrell, dated 7/30/2021 (6 pages) | |
|------|-------------------------------------------------------------------------------|---|
| 211. | Email to Mike Harrell re: "Supervisor Park Management Cherokee Nation Businesses," dated August 24, 2021 | |
| 212. | ArcBest Logo Job Search for Michael Harrell (2 pages) | |
| 213. | Email from usastaffingoffice@opm.gov to Michael Harrell, dated September 13, 2021 (2 pages) | |
| 214. | Email from U.S. DOJ to Michael Harrell, dated November 1, 2019 re: Special Investigator position | |
| 215. | Email dated May 6, 2021 re: Application of Mike Harrell for Security Consultant position with Navistar, Inc. (2 pages) | |
| 216. | Job Application of Michael Steven Harrell – Contract Investigator/Oklahoma-Arkansas Area of Coverage, undated (3 pages) | |
| 217. | Independent Contractor Agreement for Michael Steven Harrell, dated 3-22-2020 (4 pages) | |
| 218. | Email from Christine Lovato to Michael Harrell, dated 11/17/2020 (2 pages) | |
| 219. | Email from Christine Lovato to Michael Harrell, dated 6/8/2021 (2 pages) | |
| 220. | Email from Michael Harrell to Christine Lovato, dated 6/7/2021 | |
| 221. | Email from Michael Harrell to Christine Lovato, dated 11/17/2020 (3 pages) | |
| 222. | Email from Michael Harrell to clearance@adcltdnm.com re: "Clearance," dated 10/8/2020 | |
| 223. | Email from Michael Harrell to clearance@adcltdnm.com re: "Clearance," dated 11/13/2020 | |
| 224. | Oklahoma DPS/Oklahoma Highway Patrol Major Case Record Investigative Report, Case Number 18-0631CI for investigative period 11/20/2018 – 2/04/2019 | |
| 225. | *Troy German v. Rhoades, et al.,* USWDC of Oklahoma Case No.: CIV-19-751-F Deposition Transcript of Testimony of David Prater | |
| 226. | *Troy German v. Rhoades, et al.,* USWDC of Oklahoma Case No.: CIV-19-751-F Deposition Transcript of Testimony of Chip Keating | |

| 227. | All documents produced and identified during discovery by Jason Nelson (Nelson 0001 - 0846) | |
| 228. | All documents produced and identified during discovery by Chip Keating (Keating 0001 - 0018) | |
| 229. | All documents produced and identified during discovery by Joe Claro (Claro 0001-0116) | |
| 230. | All documents produced and identified during discovery by Kevin Stitt | |
| 231. | All documents produced and identified during discovery by any Defendant, including but not limited to (DFTS_00001 through 002684, German 0001-2172) unless otherwise objected to by Plaintiffs. | |
| 232. | All documents identified and/or produced by IDEMIA and/or the State of Oklahoma related to REAL ID, including but not limited to all dashboard status reports/summaries and/or progress reports on REAL ID. | |
| 233. | All newspaper articles referring or relating to the subject events, particularly quotes from parties. | |
| 234. | All documents obtained through Subpoens duces tecum. | |
| 235. | Plaintiffs reserve the right to list or use any documents produced by Defendants during discovery at the time of trial. | |
| 236. | All deposition exhibits. | |
| 237. | Defendants' Answers to Interrogatories, Request for Production, and Requests for Admission | |
| 238. | Documents listed or identified by Defendants, unless otherwise objected to by Plaintiffs. | |
| 239. | Further documents identified during discovery, if any. | |
| 240. | Any and all documents produced by any third party, unless otherwise objected to. | |
| 241. | Any and all documents produced pursuant to Plaintiffs' Open Records Act Request, which to date have not been produced by Defendant Stitt or the State of Oklahoma. | |
| 242. | Documents needed for rebuttal or impeachment | |
| 243. | Documents necessary to refresh witness's memory | |
| 244. | Aids to Court and Jury | |
| 245. | Demonstrative aids and enlargements | |

Respectfully submitted,


/s/ Dustin J. Hopson
Dustin Hopson, OBA #19485
Amy S. Neathery, OBA #20344
Hopson Legal, LLC
119 N. Robinson Ave., Ste. 650
Oklahoma City, OK 73102
Telephone: (405) 673-7560
dustin@hopsonlawfirm.com
amy@hopsonlawfirm.com
ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, I transmitted the foregoing document to the Clerk of Court using ECF System for filing and transmittal of a Notice of Electronic Filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

W. Kirk Turner
Jacob S. Crawford
McAfee & Taft
Two West Second Street, Ste. 1100
Tulsa, OK 74103
kirk.turner@mcafeetaft.com
jake.crawford@mcafeetaft.com
ATTORNEYS FOR DEFENDANTS

Ronald T. Shinn, Jr.
Michael A. Duncan
McAfee & Taft
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
ron.shinn@mcafeetaft.com
alex.duncan@mcafeetaft.com
ATTORNEYS FOR DEFENDANTS


/s/ Dustin J. Hopson
Dustin J. Hopson

14