UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) BILLY D. "RUSTY" RHOADES III, an individual;<br>(2) MEGAN L. SIMPSON, an individual; and<br>(3) MICHAEL S. HARRELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>(1) THE STATE OF OKLAHOMA, *ex rel.* GOVERNOR KEVIN STITT;<br>(2) THE STATE OF OKLAHOMA, *ex rel.* THE DEPARTMENT OF PUBLIC SAFETY;<br>(3) KEVIN STITT, an individual;<br>(4) CHIP KEATING, an individual;<br>(5) JASON NELSON, an individual; and<br>(6) JOE CLARO, an individual,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV-20-761-R |

## PLAINTIFFS' OBJECTION TO DEFENDANTS' EXHIBIT LIST

Pursuant to the Court's Scheduling Order, Plaintiffs, Billy D. "Rusty" Rhoades III, Megan L. Simpson, and Michael S. Harrell (collectively, "Plaintiffs") respectfully object to Defendants' Final Exhibit List (Doc. No. 61) as follows.

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST

| Exhibit No. | Exhibit | Objection |
|---|---|---|
| 1. | Harrell 2018-2021 Federal and State Tax Returns, W-2s, 1099s (produced without Bates number) | |

| 2. | Rhoades 2018-2021 Federal and State Tax Returns, W-2s, 1099s (produced without Bates number) | |
|---|---|---|
| 3. | Simpson 2018-2021 Federal and State Tax Returns, W-2s, 1099s (produced without Bates number) | |
| 4. | Harrell's statement re job searches prior to May 2022 (produced without Bates number) | |
| 5. | Resume of Michael Harrell (new version produced without Bates number) | |
| 6. | Resume of Rusty Rhoades (new version produced without Bates number) | |
| 7. | Resume of Megan Simpson (produced without Bates number) | |
| 8. | Rhoades emails re job applications (produced without Bates number) | |
| 9. | Rhoades' statement re job searches (produced without Bates number) | |
| 10. | Simpson's statement re job searches (produced without Bates number) | |
| 11. | 04/25/2020 Email from Lynelle Klein to Simpson re Background Check | |
| 12. | 09/13/2019 Email from Stephanie Dodd to Simpson re link to continuing healthcare coverage | |
| 13. | 09/23/2019 Emails btw Stephanie Dodd and Simpson re Annual leave payment | |
| 14. | 11/18/2020 Emails btw Patrick Mays and Simpson re ADC request re Harrell clearance | |
| 15. | 10/29/2018 Simpson Memo to Rhoades re Employment recommendation re Commissioner's Inquiry | |

| 16. | Rhoades' Retirement Amounts and Calculations | |
|---|---|---|
| 17. | Rhoades' Application to Braums | |
| 18. | Resume of Rusty Rhoades | |
| 19. | 07/2021 emails btw Rhoades, Harrell and Duane Michael re calculations/salary if separation did not occur on 9/2/2019 | |
| 20. | 9/25/2019 Rhoades email to Jason Bivens and associated thread | |
| 21. | 2021 Monthly Insurance Premiums | |
| 22. | OLERS Calculation Worksheet for Harrell | |
| 23. | OLERS Calculation Worksheet for Rhoades | |
| 24. | FY 2019-Q3 OMES Info Services Quarterly Report | |
| 25. | Harrell letters and emails re job searches 11/01/2019-03/14/2022 | |
| 26. | Michael Harrell job application with ABF Freight | |
| 27. | Resume of Michael Harrell | |
| 28. | 03/22/2020 Independent Contract Agreement btw Harrell and ADC Ltd | |
| 29. | 09/02/2019 Stitt delegation to Jason Nelson to effectuate the resignation, retirement or termination of Rhoades, Simpson, and Harrell | |
| 30. | 09/05/2019 Rhoades letter confirming retirement | |
| 31. | 09/05/2019 Memo to HR re Rhoades retirement | |

| 32. | 08/26/2019 Keating/Rhoades emails re REAL ID | |
|---|---|---|
| 33. | 04/11/2019 emails btw Keating, Simpson re Real ID | |
| 34. | Calendar invite for meeting between Keating, Rhoades, Junk on 07/08/2019 | |
| 35. | Calendar invite for meeting between Keating, Rhoades, Nelson on 07/11/2019 | |
| 36. | 08/17/2019 Keating email to Plaintiffs' re need for list of active/pending investigations on internal personnel matters re German | |
| 37. | Calendar invite for Real ID meeting with Governor on 08/21/2019 | |
| 38. | 08/27/2019 emails re Real ID town hall meeting | |
| 39. | 8/27/2019 Email from Rusty Rhoades re Personnel Changes | |
| 40. | 04/18/2019 email from OMES re Real ID | |
| 41. | 04/16/2019 emails between DPS and OMES re Real ID Compliance | |
| 42. | 10/5/2019 Email from Keating to various recipients and associated thread | |
| 43. | 10/02/2019 DHS letter to Stitt grating Real ID extension | |
| 44. | "Joint TSA Press Conference Wed. Nov. 6" brief | |
| 45. | 10/3/2019 Email from Keating to various recipients | |
| 46. | 8/28/2019 Email from Nelson to Zachary Parker and associated thread | |

| 47. | 8/17/2019 Email from Keating to unknown recipients | |
| --- | --- | --- |
| 48. | Wed Sept. 4, 2019 Notes | Fed. R. Evid. 901 Relevance<br>Fed. R. Evid. 801-802 Hearsay |
| 49. | 9/5/2019 Rhoades' letter confirming retirement and notice of personnel action | |
| 50. | 9/11/2019 Simpson's notice of personnel action | |
| 51. | 9/5/2019 Harrell's letter confirming retirement and notice of personnel action | |
| 52. | 09/04/2019 Michael Harrell letter confirming retirement | |
| 53. | 8/27/2019 Email from Bo Reese to multiple recipients and associated thread | |
| 54. | 08/17/2019 Rhonda Larson email to Nelson with Real ID project notes | |
| 55. | 08/31/2019 Nelson email and talking points re termination of Plaintiffs | |
| 56. | 4/11/2019 Email from Keating to multiple recipients and associated thread | |
| 57. | 8/26/2019 Calendar Invite from Rusty Rhoades | |
| 58. | 7/30/2019 Calendar invite from Angela Finley-Todd | |
| 59. | 7/2/2019 Calendar invite from Kevin Stitt | |
| 60. | 6/5/2019 Email from Rhoades to multiple recipients and associated thread | |
| 61. | 7/8/2019 Email from Rhoades to Simpson and attachment | |

| 62. | 9/2/2019 Email from Megan Simpson to Chris Kannady and associated thread and attachment | |
|---|---|---|
| 63. | 2/16/2019 Email from Simpson to multiple recipients and associated thread | |
| 64. | 9/2/2019 Email from Simpson to Kannady and associated thread | |
| 65. | 06/18/2019 Simpson email and notice re Tipton amended suspension with pay | |
| 66. | 9/2/2019 Email from Simpson to her personal account | |
| 67. | 5/23/2019 Email from Rhoades to Simpson and associated thread | |
| 68. | 6/3/2019 Email from Harrell to Simpson and associated thread | |
| 69. | 02/19/2019 DPS Statement on grand jury indictment of Troy German | |
| 70. | 7/23/2019 Calendar invite from Kevin Stitt | |
| 71. | 8/7/2019 Email from Rhoades to Donelle Harder and associated thread and attachments | |
| 72. | 12/12/2018 Offer letter to Rhoades | |
| 73. | 07/01/2019 Emails between Governor's office and Rhoades confirming meeting attendance on 07/02/2019 | |
| 74. | 7/1/2019 Email from Rhoades to Cindy Carpenter and associated thread | |
| 75. | 06/28/2019 German notification of retirement | Fed. R. Evid. 801-802 Hearsay Not proper exhibit, unless for impeachment. |
| 76. | 09/13/2022 Declaration of David Prater | Fed. R. Evid. 801-802 Hearsay Not proper exhibit, unless for impeachment. |

| 77. | 9/1/2019 Declaration of Jeff Hankins | Fed. R. Evid. 801-802 Hearsay Not proper exhibit, unless for impeachment. |
|---|---|---|
| 78. | 9/8/2019 Declaration of John Budd | Fed. R. Evid. 801-802 Hearsay Not proper exhibit, unless for impeachment. |
| 79. | 9/16/2019 Declaration of Sheridan O'Neal | Fed. R. Evid. 801-802 Hearsay Not proper exhibit, unless for impeachment. |
| 80. | 8/17/2019 Email from Keating to multiple recipients | |
| 81. | 4/12/2019 Email from Rhoades to Gerald Davidson and associated thread | |
| 82. | 6/4/2019 Email from Ostrowe to multiple recipients and associated thread | |
| 83. | 5/22/2019 Letter from Department of Homeland Security to Governor Stitt | |
| 84. | 8/30/2019 Email from Rhoades to Keating and associated thread | |
| 85. | 3/3/2019 Email from Simpson to Harrell and associated thread | |
| 86. | Docket sheet of *State of Oklahoma v. Troy D. German*, Oklahoma County Case No. CF-2019-967 | Fed. R. Evid. 401-402 Relevance |
| 87. | 10/5/2022 Declaration of David Ostrowe | Fed. R. Evid. 801-802 Hearsay Not proper exhibition less for impeachment. |
| 88. | 10/27/2022 Declaration of Paul Christian | Fed. R. Evid. 801-802 Hearsay Not proper exhibition less for impeachment. |
| 89. | 10/18/2022 Declaration of Duane Michael | Fed. R. Evid. 801-802 Hearsay Not proper exhibition less for impeachment. |
| 90. | 8/3/2018 Email from Michael McNutt to Rhoades and associated attachment | |

| 91. | 8/7/2018 Press Release from Governor Fallin | |
|---|---|---|
| 92. | 6/28/2019 Email from Simpson to Rhoades and associated attachment | |
| 93. | Notices of Suspensions with Pay for Tipton and McCoy | |
| 94. | News Article – Oklahoma receives Real ID extension through October 2019 | Fed. R. Evid. 801-802 Hearsay |
| 95. | News Article – Indicted OHP Trooper to Retire After State Dismissed Blackmail Charge | Fed. R. Evid. 801-802 Hearsay |
| 96. | *German v. Rhoades, et al.*, USDC, Western District of Oklahoma Case No. CIV-19-751 docket sheet | Fed. R. Evid. 801-802 Relevance |
| 97. | Transcripts of three (3) audio recordings on 09/02/2019 between Jason Nelson and Harrell/Rhoades/Simpson | Fed. R. Evid. 901 Authentication |
| 98. | 12/14/2018 Stitt tweet re appointment of Rhoades as Commissioner | |
| 99. | Original Complaint in *German v. Rhoades, et al.*, USDC, Western District of Oklahoma Case No. CIV-19-751 | Fed. R. Evid. 801-802 Hearsay Not proper exhibit, unless for impeachment |
| 100. | First Amended Complaint in *German v. Rhoades, et al.*, USDC, Western District of Oklahoma Case No. CIV-19-751 | Fed. R. Evid. 801-802 Hearsay Not proper exhibit, unless for impeachment |
| 101. | 6/17/2020 Deposition of David Wayne Prater in *German v. Rhoades, et al.*, USDC, Western District of Oklahoma Case No. CIV-19-751 | Fed. R. Evid. 801-802 Hearsay Not proper exhibit, unless for impeachment |
| 102. | 09/03/2020 Deposition of Anthony Francis "Chip" Keating, III in *German v. Rhoades, et al.*, USDC, | Fed. R. Evid. 801-802 Relevance |

|  | Western District of Oklahoma Case No. CIV-19-751 |  |
|---|---|---|
| 103. | 09/17/2021 Deposition of Rusty Rhoades in *German v. Rhoades, et al.*, USDC, Western District of Oklahoma Case No. CIV-19-751 | Fed. R. Evid. 801-802 Relevance |
| 104. | 05/13/2021 Deposition of Michael Harrell in *German v. Rhoades, et al.*, USDC, Western District of Oklahoma Case No. CIV-19-751 | Fed. R. Evid. 801-802 Relevance |
| 105. | 4/11/2019 Email from Simpson to Keating re Real ID | Fed. R. Evid. 801-802 Relevance |
| 106. | 08/30/2019 Texts between Nelson and Keating re delegated authority | Fed. R. Evid. 801-802 Relevance |
| 107. | Exhibit 10 to Defendant Stitt's Motion for Summary Judgment | Fed. R. Evid. 801-802 Relevance |
| 108. | Exhibit 16 to Defendant Stitt's Motion for Summary Judgment | Fed. R. Evid. 801-802 Relevance |
| 109. | Exhibit 8 to Defendant Stitt's Motion for Summary Judgment | Fed. R. Evid. 801-802 Relevance |
| 110. | Filed of record, as well as Exhibit 11 of Defendant Stitt's Motion for Summary Judgment | Fed. R. Evid. 801-802 Relevance |
| 111. | Filed of record, as well as Exhibit 12 of Defendant Stitt's Motion for Summary Judgment | Fed. R. Evid. 801-802 Relevance |
| 112. | German00001-00124 |  |
| 113. | German00162-00252 |  |
| 114. | German00254-00386 |  |
| 115. | German00565-00607 |  |
| 116. | Nelson 0043 |  |
| 117. | Nelson 0209-0214; 0791 |  |

| 118. | Texts to "Rusty" | |
| --- | --- | --- |
| 119. | Nelson's whiteboard notes on Prater call | Fed. R. Evid. 901 Authentication |
| 120. | 08/30/2019 Nelson DPS Leadership Issues | |
| 121. | Nelson's annotations on German Complaints | Fed. R. Evid. 901 Authentication |
| 122. | 2/19/2019 Letter from AG Hunter to Rhoades | |
| 123. | 8/23/2019 Email from Rhoades to Keating and associated thread | |
| 124. | 08/22/2019 emails between Rhoades and Keating re DPS Goals/Metrics | |
| 125. | 9/2/2019 Texts between Nelson and Harrell/Simpson | |
| 126. | 08/22/2019 Rhoades email to Keating and Nelson re DPS Goals/Metrics | |
| 127. | Shad Withers Bar Disciplinary Proceedings | Fed. R. Evid. 401-402 Relevance<br>Fed. R. Evid. 403 Prejudice<br>Fed. R. Evid. 801-802 Hearsay |
| 128. | 09/02/2019 Stitt affidavits that Plaintiffs are unable to effectively lead DPS | Fed. R. Evid. 801-802 Hearsay<br>Not proper exhibit, unless for impeachment |
| 129. | Nelson Call Script | Fed. R. Evid. 901 Authentication |
| 130. | Nelson Checklist | Fed. R. Evid. 901 Authentication |
| 131. | DPS Call Script with Notes of Nelson | Fed. R. Evid. 901 Authentication |
| 132. | Texts to "Chip" | Fed. R. Evid. 901 Authentication |
| 133. | 09/02/2019 Texts with Governor's staff re terminating Plaintiffs | |
| 134. | 09/02/2019 Texts to IT to shut of Plaintiffs' accounts | |

| | | |
|---|---|---|
| 135. | "DPS Leadership Concerns" document | |
| 136. | Untitled notes with bullet list | Fed. R. Evid. 901 Authentication |
| 137. | Nelson list - untitled | Fed. R. Evid. 901 Authentication |
| 138. | 3/18/2019 Procurement Control Form | Fed. R. Evid. 401-402 Relevance |
| 139. | 3/14/2019 Price Quote from Carter Chevrolet | Fed. R. Evid. 401-402 Relevance |
| 140. | 8/1/2019 Invoice from National Auto Accessories | Fed. R. Evid. 401-402 Relevance |
| 141. | 3/12/2019 Email from Simpson to Barry Ross and associated thread | |
| 142. | 04/08/2019 Letter from Keating and associated response | |
| 143. | 9/4/2019 Email from Sarah Stewart to Gina Smith and associated thread | |
| 144. | Harrell Application and Pension calculations | |
| 145. | Michael Harrell Pension Payment History | |
| 146. | 2019 OLERS Member Handbook | |
| 147. | Rhoades Application and Pension calculations | |
| 148. | Rhoades Pension Payment History | |
| 149. | Deposition exhibits not objected to by Defendants | |
| 150. | Exhibits listed by Plaintiffs and not objected to by Defendants | Not proper exhibit |
| 151. | Plaintiffs' written interrogatory responses or answers to requests for admission | Reserved until produced |

| 152. | Documents received in response to subpoenas and not objected to by Defendants | Reserved until produced |
|---|---|---|
| 153. | Any demonstrative exhibits | Reserved until produced |
| 154. | Additional documents that Defendants receive or become aware of through discovery, not objected to by Defendants | Reserved until produced |
| 155. | All exhibits identified or produced in discovery or at depositions and not objected to by Defendants | Reserved until produced |
| 156. | To the extent permitted by the Court and applicable rules, any additional exhibits which may be identified as discovery progresses | Reserved until produced |

Respectfully submitted,

/s/ Dustin J. Hopson
*Dustin H. Hopson, OBA #19485*
Amy S. Neathery, OBA #20344
Hopson Legal LLC
119 N. Robinson Ave., #650
Oklahoma City, OK 73102
Telephone: (405) 673-7560
Email: dustin@hopsonlawfirm.com
Email: amy@hopsonlawfirm.com
*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2023, I transmitted the foregoing document to the Clerk of Court using ECF System for filing and transmittal of a Notice of Electronic Filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

W. Kirk Turner
Jacob S. Crawford
McAfee & Taft
Two West Second Street, Ste. 1100
Tulsa, OK 74103
kirk.turner@mcafeetaft.com
jake.crawford@mcafeetaft.com
ATTORNEYS FOR DEFENDANTS

Ronald T. Shinn, Jr.
Michael A. Duncan
McAfee & Taft
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
ron.shinn@mcafeetaft.com
alex.duncan@mcafeetaft.com
ATTORNEYS FOR DEFENDANTS

/s/ Dustin J. Hopson
Dustin J. Hopson