**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BILLY D. "RUSTY" RHOADES III,**<br>**an individual; MEGAN L. SIMPSON,**<br>**an individual; and**<br>**MICHAEL S. HARRELL, an individual,** | )<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** | )<br>) | |
| **v.** | )<br>) | **No. CIV-20-761-R** |
| **THE STATE OF OKLAHOMA, ex rel.**<br>**GOVERNOR KEVIN STITT;**<br>**THE STATE OF OKLAHOMA, ex rel.**<br>**THE DEPARTMENT OF PUBLIC**<br>**SAFETY; KEVIN STITT, an individual;**<br>**CHIP KEATING, an individual; and**<br>**JASON NELSON, an individual** | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Defendants.** | )<br>) | |

## <u>ORDER</u>

Defendants are ordered to respond to Plaintiffs' Application for Judicial Settlement

Conference [Doc. 69]  no later than February 27, 2023.

IT IS SO ORDERED this 22nd day of February 2023.

_____
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**