IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY D. "RUSTY" RHOADES III, an individual; MEGAN L. SIMPSON, an individual; and MICHAEL S. HARRELL, an individual, ) ) ) ) ) Plaintiffs, ) ) v. ) ) THE STATE OF OKLAHOMA, ex rel. GOVERNOR KEVIN STITT; THE STATE OF OKLAHOMA, ex rel. THE DEPARTMENT OF PUBLIC SAFETY; KEVIN STITT, an individual; CHIP KEATING, an individual; and JASON NELSON, an individual ) ) ) ) ) ) ) ) ) Defendants. ) | No. CIV-20-761-R |

## ORDER

Plaintiff's Application for Judicial Settlement Conference [Doc. 69] is denied. Absent agreement of all parties, the Court believes such a conference would not be productive.

IT IS SO ORDERED this 1st day of March 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE