IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY D. "RUSTY" RHOADES III, an individual; MEGAN L. SIMPSON, an individual; and MICHAEL S. HARRELL, an individual, </br></br>Plaintiffs,</br></br>v.</br></br>THE STATE OF OKLAHOMA, ex rel. GOVERNOR KEVIN STITT; THE STATE OF OKLAHOMA, ex rel. THE DEPARTMENT OF PUBLIC SAFETY; KEVIN STITT, an individual; CHIP KEATING, an individual; and JASON NELSON, an individual</br></br>Defendants. | </br></br></br></br></br></br></br>No. CIV-20-761-R |

**ORDER**

Plaintiff's Motion to Extend Deadlines [Doc. 77] is DENIED IN PART. This case has been pending for over two and a half years. There have been numerous extensions of time and in the last Order the Court advised there would be no further extensions. Further, the Motions for Summary Judgment are at issue and the Court is considering them at this time. The case will remain on the April, 2023 trial docket. However, the Court grants an extension of time for submission of the Motions in Limine, Requested Jury Instructions, Requested Voir Dire and Final Pretrial Report from March 27, 2023 to March 31, 2023.

IT IS SO ORDERED this 24th day of March 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE