IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY D. "RUSTY" RHOADES III, an individual; MEGAN L. SIMPSON, an individual; and MICHAEL S. HARRELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF OKLAHOMA, ex rel. GOVERNOR KEVIN STITT; THE STATE OF OKLAHOMA, ex rel. THE DEPARTMENT OF PUBLIC SAFETY; KEVIN STITT, an individual; CHIP KEATING, an individual; and JASON NELSON, an individual<br><br>Defendants. | No. CIV-20-761-R |

## ORDER

Before the Court is the Joint Motion to Strike Trial Setting and Stay Case Pending Appeal filed by the parties [Doc. 93]. For good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that this matter is stricken from the April 11, 2023 trial docket, and is stayed pending resolution of Defendants' appeal.

IT IS SO ORDERED this 5th day of April 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE